**The relief described hereinbelow is SO ORDERED.**

**Signed November 18, 2021.**

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE:<br>PDG PRESTIGE, INC.<br>Debtor. | §<br>§<br>§ | <br>Case No. 21-30107-hcm<br>(Chapter 11) |
| DENNIS CRIMMINS; WHITE SANDS CONSTRUCTION, INC.; CRIMMINS FAMILY LIMITED PARTNERSHIP; and MDDC INVESTMENTS, LLC,<br>Plaintiffs,<br>v.<br>MICHAEL J. DIXSON; PDG, INC.; and PDG PRESTIGE, INC.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 21-03007-hcm |

**FINAL JUDGMENT**

On July 14, 2021, a Second Amended Complaint for Exception to Discharge Pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6) (“Second Amended Complaint”)(dkt# 12) was filed by Dennis Crimmins, White Sands Construction, Inc., Crimmins Family Limited Partnership, and MDDC Investments, LLC (collectively “Plaintiffs”) against Michael J.

Dixson, PDG, Inc., and PDG Prestige, Inc. (collectively "Defendants") in this adversary proceeding.

By order of even date herewith, the Court has granted the Motion for Summary Judgment filed by Defendants, which disposed of all claims made by Plaintiffs against Defendants in this adversary proceeding.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and Rule 7058 of the Federal Rules of Bankruptcy Procedure, the Court finds that the following Final Judgment should be entered in this adversary proceeding.

**IT IS HEREBY ORDERED AND FINAL JUDGMENT IS HEREBY RENDERED AS FOLLOWS**:

1. All relief requested by Plaintiffs against Defendants in this adversary proceeding is hereby DENIED.

2. Nothing in this Final Judgment shall preclude or prejudice Plaintiffs from (A) seeking to determine the dischargeabilty of any debt of Michael J. Dixson or PDG, Inc. to Plaintiffs under the U.S. Bankruptcy Code in the event that either Michael J. Dixson or PDG, Inc. become a debtor under the U.S. Bankruptcy Code; or (B) seeking to collect the Stipulated Judgment entered on August 28, 2019 in cause no. D-307-CV-2014-01845 by the District Court of Dona Ana County, New Mexico, from Michael J. Dixson or PDG, Inc.

3. Each party shall bear their own attorney's fees and costs in this adversary proceeding.

4. This is a Final Judgment and disposes of all issues and parties in this adversary proceeding.

# # #